1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  BRIAN C. LEWIS (DCBN 476851)
   Assistant United States Attorney
5       1301 Clay Street, Suite 340S
        Oakland, California 94612
6       Telephone: (510) 637-3680
        Facsimile:  (510) 637-3724
7       E-Mail: brian.lewis@usdoj.gov

8  Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 13-0705 JST |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO EXCLUDE TIME** |
| v. | |
| NOAH BLUE, | |
| Defendants. | |

The parties appeared before the Honorable Jon S. Tigar on November 22, 2013, for a status conference before the district court. With the agreement of counsel for the parties and the defendant, the Court now finds and holds as follows:

1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from November 22, 2013, to December 20, 2013. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the need for defense counsel to review discovery, conduct investigation, consult with the defendant, and prepare defense motions.

2. Given these circumstances, the Court finds that the ends of justice served by excluding

ORDER EXCLUDING TIME
CR 13-0705 JST

the period from November 22, 2013, to December 20, 2013, outweigh the best interest of the public and the defendant in a speedy trial and filing of an indictment or information. 18 U.S.C. § 3161(h)(7)(A).

3. Accordingly, and with the consent of the defendant, the Court orders that the period from November 22, 2013, to December 20, 2013, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: November 22, 2013

/s/
JOHN PAUL REICHMUTH
Counsel for Noah Blue

DATED: November 22, 2013

/s/
BRIAN C. LEWIS
Assistant United States Attorney

IT IS SO ORDERED.

DATED: November 25, 2013

JON S. TIGAR
United States District Judge

ORDER EXCLUDING TIME
CR 13-0705 JST