| | |
|---|---|
| 1 | STEVEN G. KALAR |
| | Federal Public Defender |
| 2 | JOHN PAUL REICHMUTH |
| | Assistant Federal Public Defender |
| 3 | 555 - 12th Street, Suite 650 |
| | Oakland, CA 94607-3627 |
| 4 | Telephone: (510) 637-3500 |
| 5 | Counsel for Defendant BLUE |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | No. CR 13-00705-JST |
| | ) | STIPULATION TO CONTINUE; |
| vs. | ) | [PROPOSED] ORDER CONTINUING |
| | ) | CASE AND EXCLUDING TIME UNDER |
| NOAH BLUE, | ) | THE SPEEDY TRIAL ACT |
| Defendant. | ) | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the STATUS HEARING date of December 20, 2013 presently scheduled at 9:30 a.m., before the Honorable John S. Tigar, be vacated and re-set for January 17, 2014 at 9:30 a.m. for TRIAL OR MOTIONS SETTING OR DISPOSITION HEARING.

The reason for this request is that defense counsel is continuing to review, organize, and investigate discovery in this case. The case involves multiple charges, forensic evidence, a search warrant, and other complexities.

The parties agree and stipulate that the time until January 17, 2014 should be excluded, under 18 U.S.C. §3161(H)(7)(A) and (B)(iv), because the ends of justice served by the granting of the continuance outweigh the bests interests of the public and the defendant in a

1

speedy and public trial. The continuance is necessary to accommodate counsel's preparation efforts.

Date 12/19/13
/s/
John Paul Reichmuth
Assistant Federal Public Defender
Counsel for defendant BLUE

Date 12/19/13
/s/
Brian Lewis
Assistant United States Attorney

ORDER

The court finds that the ends of justice served by the granting of the continuance outweigh the bests interests of the public and the defendant in a speedy and public trial. The continuance is necessary to accommodate counsel's preparation efforts including the review, organization, and investigation of discovery. Based on these findings, IT IS HEREBY ORDERED THAT the above-captioned matter be continued to January 17, 2014 at 9:30 a.m., and that time be excluded from the date of this order to January 17, 2014 pursuant to 18 U.S.C. §§3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

December 20, 2013
Date

HON. JON S. TIGAR
UNITED STATES DISTRICT JUDGE

2